Sxb

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JAN 29 2018 PD

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Nicholas J. Burch

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart

Anika Jones

Kristal Ramos

Brady, Berry

F Mineo

Becker, Evans

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

1:18-cv-00669
Judge Sharon Johnson Coleman
Magistrate Judge Michael T. Mason
PC8

**CHECK ONE ONLY:**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  Plaintiff(s):

   A.  Name: Nicholas Burch

   B.  List all aliases: Junito Burch Nicholas Burch

   C.  Prisoner identification number: 20160922040

   D.  Place of present confinement: Cook County Jail

   E.  Address: 2600 S California Chicago IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  Defendant(s):
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.  Defendant: Thomas Dart

      Title: Head Sheriff

      Place of Employment: Cook County Jail

   B.  Defendant: Anika Jones

      Title: Director

      Place of Employment: Cook County Jail

   C.  Defendant: Kristal Ramos

      Title: Nutritionist

      Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. Defendant: BRADY

Title: DiRectoR

Place of Employment: Cook County JAil


E. Defendant: F. MiNeo

Title: Meal Details Management

Place of Employment: Cook County JAil


F. Defendant: BecheR

Title: DiRectoR

Place of Employment: Cook County JAil


G. Defendat: EVANS

Title: CoRRectioNal OfficeR

Place of Employment: Cook County JAil

H. Defendant                BeRRy

~~Place of Employment~~: SeRgeant
Title
PlAce of Employment    Cook ~~XXX~~ County Jail

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _DNA_

B. Approximate date of filing lawsuit: _DNA_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _DNA_

D. List all defendants: _DNA_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _DNA_

F. Name of judge to whom case was assigned: _DNA_

G. Basic claim made: _DNA_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _DNA_

I. Approximate date of disposition: _DNA_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

1. On 10-16-17 I informed the doctor and cee mek 3 west that I was unable to eat solid food due to a broken jaw. And he said he would put me in the system for Full liquid diet and milk allergy from 10-16-17, I didn't recieve a Full liquid diet milk allergy. On 11-16-17, at or around 12:20 p.m and I was given 3 4 ounce milk shakes even after I told the Doctor that Im lactose intolerant.

2. I spoke to Sgt. Beery on 11-16-17, at 2:02 a.m. and he stated there nothing he could do about it. leaving me to sterve due to me being deprived of my daily nutrients. I couldn't eat food I was denied basic needs to survive, due to my mouth was wired shut. I told jail staff of this issue over an over. I was told the same thing time after time even by grievance on 11-12-17, (EXHIBIT A), 11-16-17 (EXHIBIT B), 11-17-17 (EXHIBIT C), 11-21-17 (EXHIBIT D), 11-22-17 (EXHIBIT E), which I was dissatisfied with the response.

3. After being told several times that the issue would be looked into. I also seen the tier officer call dietary to fix the era but it was useless.

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4 ~~Thomas Daet is being held accountable for the actions~~ ~~of his med express~~. Thomas Daet is being sued for deliberate indiffrence, pain an suffering, inhumane conditions, cruel and unusal punishment since he is responsable for enforcing this policy that are not properly used.

5. Anika. Dr. Jones is ~~held accountable~~ being sued for deliberate indiffrence, inhumane conditions, and cruel and unusal, due to her position at Cook county Jail.

6. Kristal Ramos is being sued for deliberate indiffrence, inhumane conditions, and cruel and unusal punishment.

7 Bradly is being sued for deliberate indiffrence, inhumane conditions anel cruel and unusal punishment. Bradley is responsable for the actions by Central Kitchen

8. F. Mineo is begin sued for deliberate difference, inhumane conditions and cruel an unusal punishment. She is responsable for the meal details management an didnt pay attention to the doctors order.

9 Becker is being sued for deliberate indiffrence, inhumane conditions and cruel and unusal punishment. Because they are responsable for food services as well.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Statement IV
of
Claim

Evans is being sued for Deliberate Indiffrence, pain and suf-fering, Inhumane conditions and cruel and unusal punishment. Because on 11-21-17, at or around 2 p.m I went in the hallway and demanded a pysche doctor due to this issue stressing me out and my head was not right. Officer Evans the told me to get of the floor and he had a paper stating it was a order to stop given me milk and if I dont get of the floor he wou-ld destroy it.

8  I didn't get up do to being weak from not eating. I cal-dnt even take pain medication due to it making me sick, due to lack of food.

9  I had no food coming from CCDOC dietary period. I lost over 20 lbs. because I was be deprived of daily needs. These injuries cause me to have several sleepless nights and nightmares of dieing in the hands of Jail staff. I felt dehumanized and rejected bey sworn members.

10  These defendants violated my 8th and 14th amendment of the United States Constitutions. Which is to be free of 'cruel and unusal punishment, 2mental Anguish, 3 Deliberate Indiffrence, 4 pain and suffering, and 5 Hiring and Retention.

V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

for the court to grant me Judgement aginst all defendants for Violating my 14th amendment rights Under the Constitution. And I'm asking the Court to grant me Judement for compensatory and punitative damages in the amont of $200,000 All indivisuals is Sued in their indivisual and offical capacity.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Nickolas Burch_
(Signature of plaintiff or plaintiffs)

NicholAs BuRcH
(Print name)

20160922040
(I.D. Number)

Cook County JAil
2600 S CaliforniA Chicago IL 60608
(Address)

6

Revised 9/2007

EXHIBIT A



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Butch | Nickolas | 20160922040 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: |
|---|---|---|
| SRTU | 2F | 11/12/17 |

| INMATE # (SHORT #) *(# Del Preso (# corto)*: | GRIEVANCE CODE *(Código de Queja)* | DETERMINED BY C.R.W. *(determinado por el T.R.C/ C.R.W.)* |
|---|---|---|
| 05285600 | 420 | Loxton |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

**Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted.**

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

☑ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.

☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.

☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

☐ Offensive or harassing language was used

☐ The grievance form contains more than one issue.

☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

**El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.**

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.

☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.

☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.

☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.

☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.

☐ La solitud de la queja contiene más de un asunto.

☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

☐ Otra razón

This issue was addressed in grievance #2017x18302 which was filed by the detainee on 11/8/17 Please await a response.

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| CRW Loxton | *[signature]* | 11/13/17 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| Nickolas Butch | 11.17.17 |

(FCN-40c)(AUG 16)   **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – CRW/PLATOON COUNSELOR)   **(PINK COPY** – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

EXHIBIT A

CONTROL # Refer to 17X18302    INMATE ID #

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !    (! Para ser llenado solo por el personal de Inmate Services !)

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

PRINT - INMATE **LAST** NAME *(Apellido del Preso):*
BURCH

PRINT - **FIRST** NAME *(Primer Nombre):*
Nickolas

INMATE BOOKING NUMBER *(# de identificación del Preso)*
20160922040

DIVISION *(División):*
8

LIVING UNIT *(Unidad):*
2F

DATE *(Fecha):*
11-12-2017

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibirá no someter una apelación sobre la decisión dada en los 15 días calendarios.

~~...tud de la queja no puede contener lenguaje ofensivo o amenazante~~

~~...unto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de~~ ~~...itales periféricos, etc.~~

REQUIRED -
~~...ATE OF INCIDENT~~
*(Fecha del Incidente)*
Present
11-12-2017

REQUIRED -
TIME OF INCIDENT
*(Horad del Incidente)*
All Shifts

REQUIRED -
SPECIFIC LOCATION OF INCIDENT
*(Lugar Especifico del Incidente)*
Div 8 2F

REQUIRED -
NAME and/or IDENTIFIER(S) OF ACCUSED
*(Nombre y/o Identificación del Acusado)*
Cook County Food Service

On 11-10-2017, I was move to Div8 From Cermak 3-West For A broken Jaw that Accured in Div9. I informed the doctor that I was unable to eat solid food due to broken Jaw AA he ~~said~~ said he would put me in the system For a full liquid diet. But From 10-24-17 to 11-12-2017 they haven't brought the Full liquid diet when trays was served on Cermak 3-West and Div 8 2F. Up until now 11-12-17 I been deprived the right to the proper diet Forcing me to go hungry by not being able to eat/or drink full liquid. I'm Stered This is clearly negligance or cruel and unusual punishment by me going hungry for weeks.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):*
Officer Smith 7-3/Karron Soldier/

INMATE SIGNATURE : *(Firma del Preso):*
Nickolas Burch

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print):
CRW Coxton

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED:
11/13/17

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

(FCN-40a)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

Spoke to Sgt.
Berry at 2:02 - 11-16-17
He said He dont Know
I cant do anything 3E

Dietician

mired Shut
Stomch

185



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

EXHIBIT    Refer to

| CONTROL # | INMATE ID # |
|---|---|
| 17X 18715 | 0528560 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (*! Para ser llenado solo por el personal de Inmate Services !*)

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)* | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Nicholas Burch | Nicholas | 20160922040 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 08 | 3F | 11-16-17 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT
**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA
El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o deciones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
La solitud de la queja no puede contener lenguaje ofensivo o amenazante
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

*"THIS IS A EMERGENCY !!!"*

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 11-16=17 | 12:00 PM | 3F | Dietician & C/o Passing out food |

I got a order from the Doctor on 10-16-17 for full liquid diet. I have not got the liquid diet at all. I've die my best to eat the food I'm gave to no avail, because it hurts very bad because my mouth is wired shut. I've informd Jail staff of this over and over, and I'm told the same thing time after time: I'll get it when the food is is posted out next time. I cant get a good wigths sleep because of my Stomach pain, do to no food. to day is 11-16-17 time 12:20, and I was just gave 3-4FL oz Frozen Shakes even after I've told The Doctor that I'm lactose intolerent. This cant be right and needs to be fixed right away. I spoke to Sgt. Berry at 2:02 and he said he cant say thing about it. the order is in the Computer nurse miller sai

*[left margin, vertical:]* I vomit when I drink anything with milk in it.

*[right margin, vertical:]* I'll go to the court for help if you don't fix this !

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso)* |
|---|---|
| nurse miller   C/o Ashford | Nicholas Burch |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| C/o Ashford   D. Wilson | DCW | 11/17/17 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40a)(AUG 16)      (WHITE COPY – INMATE SERVICES)      (YELLOW COPY – CRW/PLATOON COUNSELOR)      (PINK COPY – INMATE)

EXHIBITS 2017 185

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| (875 | 0528560 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Buerh

**INMATE FIRST NAME** *(Primer Nombre):* Nickolas

**ID Number** *(# de Identificación):* 20160922040

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 185 medical Diet

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):** Support Service Dept

**DATE REFERRED:** 11/20/17

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Thanks for bringing this issue to our attention, your prescribed diet was assigned effectively on 11/22/2017

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** R. Tankah

**SIGNATURE:** *(signed)*

**DIV./DEPT.:** SS

**DATE:** 11/27/17

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma Del Preso):* Nickolas Buech

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 12/1/17

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
*(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 12/1/17

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)* I'M Not Satisfied OK Agree

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes *(Si)* ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)* No Basis for appeal ORIGINAL RESPONSE STANDS

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):* CCK

**SIGNATURE** *(Firma del Administrador o/su Designado(a):):*

**DATE** *(Fecha):* 12/5/17

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Nickolas Buech

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 12/15/17

(FCN-40b) (AUG 16)   (**WHITE COPY** – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)   11-16-17



*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

Refer to

CONTROL # 17X18988

INMATE ID #

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (*! Para ser llenado solo por el personal de Inmate Services !*)

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| BURCH | Nicholas | 20160922040 |
| DIVISION *(División)*: 8 | LIVING UNIT *(Unidad)*: 3F | DATE *(Fecha)*: 11.22.17 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue must not be one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limit exists. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA (*GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT*)

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha Del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora Del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Lugar Específico Del Incidente)* |
|---|---|---|---|
| 11.22.17 | 4:22AM | Div 8 3F | Central Kitchen Administration |

ON 11.22.17 At 4:22AM I was giving Milk for Breakfront Meal. I was told that the kitchen has been told that I'm Not to be gave Milk because I'm Allergic to it. So ON 11.22.17 At 4:22AM I was Not Able to Eat the Diet. I inform Nurse Wilson At 4:39AM I Infrat C/O Ry Jewski ON 11:00PM to 7:00AM. This cunt be Right and Need to be Fixed right away.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso/Fecha)*: |
|---|---|
| C/O Ry Jewski Nurse Wilson C/O Jimenez | Nicholas Burch |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | P. W. | 11/22/17 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40a)(AUG 16)      (**WHITE COPY** – INMATE SERVICES)      (**YELLOW COPY** – CRW/PLATOON COUNSELOR)      (**PINK COPY** – INMATE)

EXHIBIT C 2015 185

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| | CONTROL NUMBER | INMATE # |
|---|---|---|
| | 18988 | 0528560 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Burch

**INMATE FIRST NAME** *(Primer Nombre):* Nickolas

**ID Number** *(# de Identificación):* 20160922040

**GRIEVANCE ISSUE AS DETERMINED BY CRW:**

**IMMEDIATE CRW RESPONSE (if applicable):** Food Allergy Lactose Intolerance / Milk allergey entered in CCOMS 11-21-17 + 11-22-17

**CRW REFERRED THIS GRIEVANCE TO** *( Example: Superintendent, Cermak Health Services ):* Support Service Supt

**DATE REFERRED:** 11/24/17

## RESPONSE BY PERSONNEL HANDLING REFERRAL

Attached

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** R. Canty h

**SIGNATURE:** _____

**DIV./DEPT.** SS

**DATE:** 11/30/17

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Nickolas Burch

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 12/6/17

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 12/6/17

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)* I Don't Agree Response that given...

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes *(Si)* ☐   No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*
No Basis for Appeal Original Response Stands

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):* Cobb

**SIGNATURE** *(Firma del Administrador o/su Designado(a):):*

**DATE** *(Fecha):* 12/11/17

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Nickolas Burch

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 12/13/17

(FCN-40b) (AUG 16)     **(WHITE COPY** – INMATE SERVICES)     **(YELLOW COPY** – C.R.W.)     **(PINK COPY** – INMATE)     11-22-17



**DOR 11/22/17**

### 201718988
### Response to Incorrect Meal type

Thanks for bringing this issue to our attention. Your complaint about receiving wrong meal was investigated and the following was revealed:

According to CCDOC Meal Reporting System in CCOMS, your current assigned meal *Dental Soft/Lactose intolerance/Milk allergy* was prescribed and confirmed by your doctor during my most recent interaction with him. CBM, CCDOC Food Contractor has been advised to inspect and ensure that you receive the appropriate meal as indicated.

In any case, if you would like to change your current diet as prescribed above, please speak with your doctor to that effect.

If/when you have a reason to believe that you have been receiving the wrong type of meal; it is your responsibility to make immediate notification to CCDOC staff to facilitate timely verification and investigation of such allegations. Immediate notification is also necessary to facilitate timely acquisition of another replacement meal, when necessary, from the food service contractor.

11/30/17

INMATE COPY

11-22-17



*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| BURCH | Nicholas | 20160922040 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 08 | 3F | 11·22·17 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, formulation classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance issue must contain no more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA *(GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT )*

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha Del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora Del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Lugar Específico Del Incidente)* |
|---|---|---|---|
| 11·22·17 | 12:15 PM | Div 8 3f | DIRECTOR BRADY NUTRITIONIST KRISTAL RAMOS |

To day I went to G Side Dispenary to see Doctor Tremell, nurse Gavin did my wate, and I ed last 21 LB when I got to the ~~Cermak 3 west~~ my wate was ~~~~ 17 LB my wate lost is do to not getting any of the right orders that the Doctor gave me. I was gave foods that I couldat eat, and milk I couldat drink with out becoming sick, do to a milk allergy. I ed told you all of the ON intake. Ive put in requests and grievances to. now Im having a very hard time SLEEPING do to night mairs and not eating. This cant be right.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso/Fecha)*: |
|---|---|
| Nurse Gavin/whit C/O Gallacher | Nicholas Burch |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D Williams | | 11·24·17 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

| (FCN-40a)(AUG 16) | **(WHITE COPY** – INMATE SERVICES) | **(YELLOW COPY** – CRW/PLATOON COUNSELOR) | **(PINK COPY** – INMATE) |
|---|---|---|---|



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

EXHIBIT D

2017    210

| CONTROL NUMBER | INMATE # |
|---|---|
| 19029 | 0528560 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Bullock

**INMATE FIRST NAME** *(Primer Nombre):* Nicolas

**ID Number** *(# de Identificación):* 20160922040

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 210 mental Health

**IMMEDIATE CRW RESPONSE (if applicable):** advised to submit mental Health request

**CRW/ REFERRED THIS GRIEVANCE TO** ( *Example: Superintendent, Cermak Health Services ):* Cermak

**DATE REFERRED:** 11-27-17

## RESPONSE BY PERSONNEL HANDLING REFERRAL

I will request an appointment for MH staff to evaluate your concerns. However, for a faster response in the future, use the yellow health request forms to access MH care.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** C Gomez

**SIGNATURE:** *(signature)*

**DIV./DEPT.** MHTS

**DATE:** 11/28/17

**INMATE SIGNATURE** *(Firma del Preso):* Nickolas Bullock

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 12-6-17

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso)*

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 12/6/17

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)* I Don't Agree with the Response...

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes *(Si)* ☐ No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)* You will been in Psychology clinic as noted in initial response.

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):* CQ Gomez

**SIGNATURE** *(Firma del Administrador o/su Designado(a):):* *(signature)*

**DATE** *(Fecha):* 12/5/17

## THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Nickolas Bullock

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 12/30/17

(FCN-40b) ( AUG 16)          (**WHITE COPY** – INMATE SERVICES)          (YELLOW COPY – C.R.W.)          (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | *(! Para ser llenado solo por el personal de Inmate Services !)* |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent:_____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: BURCH | PRINT - FIRST NAME *(Primer Nombre)*: Nicholas | INMATE BOOKING NUMBER *(# de identificación del detenido)*: 20160922010 |
|---|---|---|
| DIVISION *(División)*: 8 | LIVING UNIT *(Unidad)*: 3F | DATE *(Fecha)*: 11·21·2017 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA (*GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT*)

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha Del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora Del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Lugar Específico Del Incidente)* |
|---|---|---|---|
| 11·21·2017 | 1:30 PM to 2:00 PM | Div 8 3F | Central Kitchen Administration C/O EVANS/Nurses Staff |

I was told that the central kitchen has been told Im not to be gave Milk because Im Allergic to it, every day some one say it'll be F.X today. So on 11-21-2017 I went to the hallway and wouldn't go back in to the Unit. I sat down on the floor. I was asking to talk to a phych Doctor because my head's Not Right I cant sleep I think the jail staff is doing there best to kill me. So EVANS came with a [illegible] paper and said it was a order to stop giving me Milk. And he said if I don't get up off the floor he'll destroy it. I didn't get up because like I've said my head wasn't Right do to No eating from 10-16-17 and I didn't get the Right Diet today is 11-21-17 and C/Evans did't destroy it

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* C/O ELDRIDGE C/O COLLINS Nurse GAVIN | INMATE SIGNATURE : *(Firma del Preso/Fecha)*: *Nickolas Burch* |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): D. Wilson | SIGNATURE: D. Wilson | DATE CRW/PLATOON COUNSELOR RECIEVED: 11/22/17 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

| (FCN-40a) (AUG 16) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) |
|---|---|---|---|

*(handwritten margin notes)* Please see your Video of this date 11.21.17 In Time 1:30 PM to 2:00PM. Witness by 3 C/O while

*(top margin)* Grievance Response #5 of 1-18-18



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: BURCH. | PRINT - FIRST NAME *(Primer Nombre)*: Nicholas | INMATE BOOKING NUMBER *(# de identificación del detenido)* 20160922040 |
|---|---|---|
| DIVISION *(División)*: 8 | LIVING UNIT *(Unidad)*: 3F | DATE *(Fecha)*: 11.21.17 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limit exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance form must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA (*GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT*)

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha Del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora Del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Lugar Específico Del Incidente)* |
|---|---|---|---|
| 11.21.17 | 6:57pm | Div 8 3f | Centeral kitchen Administration |

Once agan again on teir 3f At 6:57pm when diner trays was pasted
pastedout I was giveing Milks And one *25¢ Juice. IN I was
told From the food c/o Moose that was all the centeral kitchen sent me.
this cant be right. I'll go to the courter help it you'll not fix this.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* c/o MONAE c/o TAYLOR c/o Moose | INMATE SIGNATURE : *(Firma del Preso/Fecha)* Nicholas Burch |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): D Wilson | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 11/22/17 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40a)(AUG 16)     (**WHITE COPY** – INMATE SERVICES)     (**YELLOW COPY** – CRW/PLATOON COUNSELOR)     (**PINK COPY** – INMATE)



*(handwritten top:)* EXHIBIT P · No response as of

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other:_____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* BURCH

**PRINT - FIRST NAME** *(Primer Nombre):* NickolAS

**INMATE BOOKING NUMBER** *(# de identificación del Preso)* 20160922040

**DIVISION** *(División):* 08 RTU

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):* 11.19.17

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain more than one issue.

The grievance form must not contain offensive or harassing language.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| **REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente)* | **REQUIRED - TIME OF INCIDENT** *(Horad del Incidente)* | **REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)* | **REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 11.17.17 | 6:05PM | 8 RTU | DoctoR/DieticiaN |

ON 10.16.17 I informed the DoctoR that I was lactose IntoleRent ON teiR 3West in CerMAk and cant drink INSURE Milk. I informed INtAke when I was Processin that I was AleRgic to ANything With Milk in it. SO up into 10.16.17 to 11.16.17 I was Recive Regular trAys ON All shifts forcing Me to go hungry by not being Able to eat. ON 11.17.17 ~~Soup~~ At 6:05PM I was FiNAlly giving AFull liquid diet With Milk in it. SO I've Refuse MeAls ON 11.17.17 At 6:05pm 3:00 to 11:00 pm / 11/18/17 At 4:40 AM ON 11:00 pm to 7:00 AM 11.18.17 A 10:31 AM ON Zuum to 3:00

*(handwritten right margin, vertical:)* All figured From A bRoken Jaw that happen on 10.13.17 · ON 11.18.17 At 7:08 AM on 2:00 AM to 2:00 AM to Zuum ON 11/19 11 AM 3:30 AM ON 11/19/17 7:08 AM

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

Clo N7 | Clo 3/11 | N7 | Clo 7/3 | Clo 7/3 | Clo 3/11
MORRIS | DEMBKOWSKI | FRANCOIS | ARVIZU | ROMERO | TAYLOR

*(handwritten:)* Co ZRONNE

**INMATE SIGNATURE :** *(Firma del Preso):* NickolAS BuRch

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| **CRW/PLATOON COUNSELOR (Print):** | **SIGNATURE:** | **DATE CRW/PLATOON COUNSELOR RECIEVED:** |
|---|---|---|
| D WilSON | D. Cil | 11/20/17 |

| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
|---|---|---|
| | | |

(FCN-40a)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

*EX. Liquid diet sheet down to private* EXHIBIT G



NUTRITIONIST
KRISTAL RAMOS

# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)
## Meal Details



User ID:  F MINEO

| | | | | | Date: | 11/7/2017 |
| Meal Date: | 11/7/2017 | Meal Category: | ALL | Facility: | Division 8 | Time: | 11:16 PM |
| Meal Session: | B | Meal Desc: | ALL | Section: | DIV8-3W | Page: | 1 of 3 |

| Inmate #: | Booking Id: | Inmate Name: | Cell: | Current Location: | Count: | Meal Category: | Disposition: |
|---|---|---|---|---|---|---|---|
| 0116490 | 20170420218 | Barber, Jackie O | DIV8-3W-3213-2 | In-Cell | 1 | Medical | Case Continued |
| **Meal Description:** | | | **Meal Notes:** | | | | |
| Dental Soft | | | | | | | |
| 0171670 | 20171008142 | Mayfield, Alvin | DIV8-3W-3215-4_X | In-Cell | 1 | Medical | Case Continued |
| | | | | | | | Case Continued |
| | | | | | | | Case Continued |
| **Meal Description:** | | | **Meal Notes:** | | | | |
| 2400 Cal A.D.A. With H.S. Snack | | | | | | | |
| 0159103 | 20161003213 | Sanchez, Eddie | DIV8-3W-Dayroom-DR | In-Cell | 1 | Medical | Case Continued |
| | | | | | | | Case Continued |
| | | | | | | | Case Continued |
| | | | | | | | Probation Termination Unsatisfact. |
| **Meal Description:** | | | **Meal Notes:** | | | | |
| Low Sodium / Low Cholesterol | | | | | | | |

Total Meal Count: 3

*This document details the list of detainees who recieved diet trays" and attest as well as validate the truth that I didn't recieve any meal at all...*

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

U.S. Courts

This 1983 package was prepared by a detainee that will no longer be able to help the plantiff with his future legal issues. This is all questions answered to his best ability an knowledge. Legal assistance will be needed due to plaintiffs lack of ~~too~~ understanding in this field. May the courts proceed in his future by assigning plantiff with counsel.

Respectfully

J.N.