**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICKOLAS J. BURCH,<br><br>  Plaintiff,<br><br>    v.<br><br>KRYSTLE RAMOS, MARLIN C. SEJNOHA, JR., CBM PREMIER MANAGEMENT, LLC, AND THE COUNTY OF COOK,<br><br>  Defendants. | Case No. 1:18-cv-00669<br><br>Judge Sharon Johnson Coleman<br>Magistrate Judge Jeffrey I. Cummings |

**PLAINTIFF NICKOLAS J. BURCH'S MOTION TO REDACT
PORTIONS OF THE TRANSCRIPT OF PROCEEDINGS BEFORE THE
<u>HONORABLE JEFFREY CUMMINGS, MAGISTRATE JUDGE, ON JULY 27, 2020</u>**

Pursuant to Local Rule 5.2(b) and the Judicial Conference Policy Regarding the Availability of Transcripts of Court Proceedings, Plaintiff Nickolas J. Burch ("Plaintiff") respectfully moves to redact portions of the Transcript of Proceedings before the Honorable Jeffrey Cummings, Magistrate Judge, on July 27, 2020 ("the Transcript") (Dkt. No. 217). In support of this motion, Plaintiff states as follows:

  1.  Plaintiff is a detainee at the Cook County Jail. Plaintiff filed a lawsuit pursuant to 42 U.S.C. § 1983 alleging, *inter alia*, that the Sheriff Defendants, the Cermak Defendants, and the CBM defendants[1] (collectively, "Defendants") were deliberately indifferent to Plaintiff's

---

[1] The Sheriff Defendants are: Carl B. Berry, Jr.; Michael D. Brady; Floyd L. Evans; Roland G. Lankah; Erica L. Queen; Sabrina M. Rivero-Canchola; Darius Wilson; and Sheriff Thomas J. Dart. The Cermak Defendants are: Sandra L. Broughton, R.N.; Andrew Q. De Funiak, M.D.; Linda Holmes-Miller, R.N.; Annika M. Laszczak, L.P.N.; Gregory R. Papiez, M.D.; and Connie Mennella, M.D. The CBM Defendants are: Krystle Ramos, Marlin C. Sejnoha, Jr., and CBM Premier Management, LLC. The Sheriff and Cermak Defendants were substituted by the County of Cook. (*See* Dkt. Nos. 213, 215.)

1

serious medical needs and failed to ensure that he received a proper medical diet. (*See* Dkt No. 203.)

2. On July 27, 2020, Plaintiff and Defendants (collectively, "the Parties") reached a settlement agreement during a settlement conference with Magistrate Judge Cummings.

3. Near the end of the settlement conference, the Parties discussed with Magistrate Judge Cummings certain terms of the settlement agreement on the record.

4. Pursuant to Magistrate Judge Cummings's Standing Order on Settlement Conferences, "communications during the settlement conference are confidential . . . as set forth in Local Rule 83.5 relating to Confidentiality of Alternative Dispute Resolution Proceedings, and Federal Rule Evidence 408." Neither the Parties' settlement discussions nor the settlement terms have been made public by the Court.

5. To maintain the confidentiality of the settlement communications, Plaintiff seeks to redact the portions of the Transcript that reveal the Parties' discussions regarding the terms of the settlement agreement.

6. Therefore, Plaintiff has attached a copy of the Transcript with his proposed redactions as Exhibit A to this Motion. Plaintiff has proposed to redact only those portions of the Transcript that purport to memorialize or relate to the terms of the settlement agreement reached by the Parties on July 27, 2020.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order permitting the redaction of the Transcript of Proceedings before Magistrate Judge Jeffrey Cummings on July 27, 2020 (Dkt. No. 217) as set forth in Exhibit A of this Motion.

Dated: September 30, 2020                    Respectfully submitted,


                                                         */s/ Nicole E. Kopinski*
Nicole E. Kopinski
Laura M. Schaefer
Wallace H. Feng
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4900
Chicago, IL 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700
nkopinski@leydig.com
lschaefer@leydig.com
wfeng@leydig.com

*Attorney for Plaintiff Nickolas J. Burch*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020, a true and correct copy of the foregoing document was electronically filed through the Court's CM/ECF system with notice of case activity automatically generated and sent electronically to the following counsel of record:

>Kevin Thomas
>Samuel Comi
>Assistant State's Attorney
>Civil Actions Bureau–Civil Rights/Torts Litigation
>Cook County State's Attorney's Office
>500 Richard J. Daley Center
>Chicago, IL 60602
>(312) 603-5669
>(312) 603-7780
>kevin.thomas@cookcounty.mail.onmicrosoft.com
>samuel.comi@cookcountyil.gov
>
>*Counsel for Sheriff Defendants*
>
>Mia Buntic
>Joi Kamper
>Assistant State's Attorney
>Cook County State's Attorney's Office
>50 West Washington Street, Suite 2760
>Chicago, IL 60602
>(312) 603-1434
>(312) 603-1427
>mia.buntic@cookcountyil.gov
>joi.kamper@cookcountyil.gov
>
>*Counsel for Cermak Defendants*

>>Respectfully submitted,
>>
>>*/s/ Wallace H. Feng*
>>Wallace H. Feng
>>LEYDIG, VOIT & MAYER, LTD.
>>Two Prudential Plaza
>>180 North Stetson Avenue, Suite 4900
>>Chicago, IL 60601
>>Telephone: (312) 616-5600
>>Facsimile: (312) 616-5700
>>wfeng@leydig.com