# EXHIBIT A

```
 1                TRANSCRIBED FROM VIDEO RECORDING

 2               IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                         EASTERN DIVISION

 4   NICKOLAS J. BURCH,           )
                                  )
 5                  Plaintiff,    )
                                  )   Case No. 18 CV 669
 6   -vs-                         )
                                  )   Chicago, Illinois
 7   THOMAS DART, et al.,         )   July 27, 2020
                                  )   10:03 p.m.
 8                  Defendants.   )

 9
                       TRANSCRIPT OF PROCEEDINGS
10        BEFORE THE HONORABLE JEFFREY CUMMINGS, MAGISTRATE JUDGE

11   VIDEO APPEARANCES:

12   For the Plaintiff:      MS. NICOLE E. KOPINSKI
                             MR. WALLACE HUA FENG
13                           MS. LAURA MARIE SCHAEFER
                             Leydig, Voit & Mayer, Ltd.
14                           Suite 4900
                             Two Prudential Plaza
15                           180 North Stetson Avenue
                             Chicago, IL 60601
16                           (312) 616- 5646
                             E-mail:  Nkopinski@leydig.com
17                                    Wfeng@leydig.com
                                      Lschaefer@leydig.com
18
19       **PLEASE NOTIFY OF INCORRECT SPEAKER IDENTIFICATION**
           NOTE:  FAILURE TO SPEAK INTO A MICROPHONE MAY MAKE
20              PORTIONS UNINTELLIGIBLE AND INAUDIBLE

21
     Transcriber:
22
             KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
23                    Official Court Reporter
                    United States District Court
24          219 South Dearborn Street, Suite 1426
                     Chicago, Illinois  60604
25               Telephone:  (312) 435-5569
              Kathleen_Fennell@ilnd.uscourts.gov
```

```
 1     APPEARANCES:    (Continued)
 2
       For the County
 3     Defendants:              MR. KEVIN A. THOMAS
                                MR. SAMUEL COMI
 4                              MS. MIA BUNTIC
                                MS. KHARA COLEMAN
 5                              Cook County State's Attorney's Office
                                500 Richard J. Daley Center
 6                              5th Floor
                                Chicago, IL  60602
 7                              (312) 603-5669
                                E-mail: Kevin.thomas@cookcountyil.gov
 8                                      Samuel.comi@cookcountyil.gov
                                        Mia.buntic@cookcountyil.gov
 9                                      Khara.coleman@cookcountyil.go

10     For the CBM
       Defendants:              MR. RONALD ALAN NORWOOD
11                              Lewis Rice LLC
                                600 Washington Avenue
12                              Suite 2500
                                St. Louis, MO 63101
13                              (314) 444-7759
                                E-mail: Rnorwood@lewisrice.com
14

15

16

17

18

19

20

21

22

23

24

25
```

```
                1     (Proceedings heard via video recording:)
                2         MS. KOPINSKI:   -- ████████████████████
                3     ██████████████████████████████████████████
                4     ████████
11:39:03        5         THE COURT: ██████████████████████████
                6     ██████████████████████████████████████████
                7     ██████████████████████████
                8         MR. BURCH: ██████████
                9         MS. KOPINSKI: ████████████████████████
11:39:18       10     ██████████████████████
               11         THE COURT: ████████████████
               12         Okay.  Mr. Thomas, please go ahead.
               13         MR. THOMAS: ██████████████████████████
               14     ██████████████████████████████████████████
11:39:32       15     ██████████████████████████████████████████
               16     ████████████.
               17             ██████████████████████████████████
               18     ██████████████████████████████████████████
               19     ████████████████████
11:40:01       20     ██████████████████████████████████
               21     ██████████████████████████████████████████
               22     ██████████████████████████████████████████
               23     ██████████████████████████████████
               24     ██████████████████████████████████████████
11:40:25       25     ██████████████████████████████████████████
```

```
 1   █████████████████████████████████████.
 2        THE COURT:  Okay.  Ms. Kopinski, Mr. Burch, is that
 3   acceptable to you?
 4        MR. NORWOOD:  ████████████████████████████████
 5   ████████████████████████████████████████████████████
 6   ████████████████████████████████████████████████████
 7   ████████████████████████████████████████████████████
 8   ██████████████████████.
 9        THE COURT:  Well, I think you'd want all your clients
10   dismissed, correct, Mr. Norwood?
11        MR. NORWOOD:  ██████████████████████████████
12   ████████████████████████████████████████████.
13        THE COURT:  ████████████████████████.
14   ████████████████████████████████████████████████████
15   ████████████████████████████████████████████████████
16   ████████████████████████████████████████████
17   ███████████████████████████      ██████████████████
18   ███████████████████████████████████████ but they do it that
19   way because there will be a public record, and they want the
20   County to be the one that is bearing -- you know, is
21   accountable for the settlement.
22        MS. KOPINSKI:  Yes, your Honor.
23        THE COURT:  Okay.  Mr. Burch, is that acceptable to
24   you?
25        MR. BURCH:  Yes, sir.
```

|  |  |
|---|---|
| 1 | THE COURT: Okay. Mr. Norwood, that's fine for your |
| 2 | clients? |
| 3 | MR. NORWOOD: ██████████████████████ |
| 4 | ███████████████████████████████████████ |
| 11:42:16  5 | ████████████████████████. |
| 6 | THE COURT: Yes, that's -- that is the understanding. |
| 7 | Ms. Coleman, is that fine with you? |
| 8 | MS. COLEMAN: Yes, it is, your Honor. |
| 9 | THE COURT: Okay. And then Ms. Buntic, is that fine |
| 11:42:30  10 | with you? |
| 11 | MS. BUNTIC: Yes, your Honor. |
| 12 | THE COURT: Okay. Thank you. |
| 13 | We have a settlement agreement. I will let Judge |
| 14 | Coleman know that the case is settled. |
| 11:42:40  15 | Mr. Thomas, are you going to prepare the agreement |
| 16 | itself? |
| 17 | MR. THOMAS: Yes, your Honor. |
| 18 | THE COURT: And how long will it take for the payment |
| 19 | to be processed? I guess that depends on the finance |
| 11:42:52  20 | committee meeting or -- |
| 21 | MR. THOMAS: That's correct, your Honor. I don't |
| 22 | have dates with me readily accessible. I do note that this |
| 23 | historically is not a month in which the finance committee |
| 24 | meets, so I anticipate the -- (inaudible) |
| 11:43:14  25 | MS. KOPINSKI: So we're looking at a September date? |

|  |  |
|---|---|
| 1 | MS. COLEMAN: Yes, 23rd. Can you hear me? |
| 2 | MS. KOPINSKI: No. The connection is poor. |
| 3 | THE COURT: I think she said September 23rd; is that |
| 4 | correct? |
| 11:43:29  5 | MR. THOMAS: Yes. |
| 6 | MS. COLEMAN: Yes. |
| 7 | THE COURT: So, okay, that the settlement will be |
| 8 | considered and approved on that date, Ms. Kopinski. |
| 9 | MS. KOPINSKI: And there's nothing that we can do to |
| 11:43:41 10 | expedite that beyond, you know, two months out. |
| 11 | MS. COLEMAN: No. |
| 12 | THE COURT: Unfortunately because they're not meeting |
| 13 | right now, that's the problem. |
| 14 | MS. KOPINSKI: I see. |
| 11:43:52 15 | MR. BURCH: ███████████████████ |
| 16 | ███████████████████ |
| 17 | MS. KOPINSKI: ███████████████████ |
| 18 | ███████████████████ What could expedite from |
| 19 | our perspective? |
| 11:44:06 20 | MR. THOMAS: Neither of those. Unfortunately, |
| 21 | neither of those things. The agreement has to be approved by |
| 22 | the Cook County Board. They will not meet to (inaudible) |
| 23 | until September 23rd. |
| 24 | So, unfortunately, that is the earliest available |
| 11:44:24 25 | date on which approval can happen, and from there the check |

```
11:44:46

11:44:55

11:45:05

11:45:15

11:45:29
```

1  will be issued from the comptroller's office.  Historically in
2  my experience that takes an additional two weeks until the
3  check is cut, ███████████████████████████████
4  ████████████████████████████████████████████
5  ███████████████████████
6          THE COURT:  So perhaps they can notify you,
7  Ms. Kopinski, ████████████████ once it's ready.
8          MS. KOPINSKI:  Okay.
9          THE COURT:  Okay?
10         MR. NORWOOD: ████████████████████████
11  ████████████████████████████████████████████
12  █████
13         THE COURT:  That's right.
14         MR. NORWOOD:  Okay.
15         THE COURT:  Okay.
16         MS. KOPINSKI: ████████████████████████
17  ██████████████████████████
18         THE COURT:  That's right.
19         Okay.  So I want to thank everyone for your time, ███
20  ████████████████████████████████████████████
21  ██████████████████████.
22         I think the parties made a reasonable agreement to
23  settle this case, and as I said, I will let Judge Coleman know
24  the case is settled.
25         Have a good night.  Thank you.

|    |    |
|----|----|
| 1  | MS. KOPINSKI: Thank you, your Honor. |
| 2  | MS. COLEMAN: Thank you, your Honor. |
| 3  | MS. BUNTIC: Thanks, your Honor. |
| 4  | MR. THOMAS: Thank you, your Honor. |
| 5  | MR. NORWOOD: Bye-bye. |
| 6  | THE COURT: All right. |
| 7  | (Which were all the proceedings heard.) |
| 8  | CERTIFICATE |
| 9  | I certify that the foregoing is a correct transcript from |
| 10 | the video recording of proceedings in the above-entitled |
| 11 | matter to the best of my ability, given the limitations of |
| 12 | using a video-recording system. |
| 13 |    |
| 14 | */s/Kathleen M. Fennell*           *September 9, 2020* |
| 15 | Kathleen M. Fennell                Date<br>Official Court Reporter |

11:45:35 (timestamp at line 5)